**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEX TAKSIR and ORIT TAKSIR,** | : | |
| **on behalf of themselves and all others** | : | |
| **similarly situated,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 16-5713** |
| | : | |
| **THE VANGUARD GROUP, INC.,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 26th day of May 2017, upon consideration of Defendant's Motion to Dismiss (Doc. No. 11), the briefing in support thereof, and the response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs' claim under the Pennsylvania Unfair Trade Practices and Consumer Protection Law (Count II) is **DISMISSED WITH PREJUDICE** for the reasons set forth in the accompanying memorandum opinion. Defendant's motion to dismiss is otherwise **DENIED**.

Defendant shall answer the remaining claim in Plaintiffs' Complaint no later than **14 days** from the date of this Order.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**