IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEX TAKSIR and ORIT TAKSIR,** on behalf of themselves and all others similarly situated,       Plaintiffs, <br><br> v. <br><br> **THE VANGUARD GROUP, INC.,**       **Defendant.** | **CIVIL ACTION NO. 16-5713** |

## ORDER

**AND NOW**, this 8th day of August 2017, upon consideration of Defendant's Motion for Reconsideration or, Alternatively, For Certification under 28 U.S.C. § 1292(b) (Doc. No. 18), the briefing in support thereof, and the response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**. Defendant's Motion is **DENIED** to the extent it seeks reconsideration of the Court's May 26, 2017 Opinion. Defendant's request for certification of the Court's May 26, 2017 Opinion for interlocutory appeal is **GRANTED**.

This case shall be placed in **CIVIL SUSPENSE** and all proceedings shall be **STAYED** pending a decision by the United States Court of Appeals for the Third Circuit.

It is so **ORDERED**.

                                                              **BY THE COURT:**

                                                              **/s/ Cynthia M. Rufe**
                                                              _____
                                                              **CYNTHIA M. RUFE, J.**